SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The motion by the plaintiff for assignment of motions to dismiss the appeals from the Superior Court in Fairfield County at Stamford is denied.

*Theodore I. Koskoff,* on the motion.

Submitted June 4—decided June 4, 1970

WILLIAM GERIAK ET AL. *v.* JOHN GERIAK ET AL.

The motion by the plaintiffs and the defendant John Geriak, individually and as trustee, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*George W. Scott, Jr.,* for the appellees (plaintiffs).

*Thomas J. Lauricella,* for the appellees (named defendant et al.).

No appearance for the appellants (defendants Mildred Geriak et al.).